UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| APRIL M. BONAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 2:12CV00030 AGF/FRB |

## **MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b).  On June 10, 2013, Magistrate Judge Buckles filed his Report and Recommendation, recommending that the Court uphold the decision of the Administrative Law Judge to deny Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act.  Neither party has filed objections to the Report and Recommendation.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Administrative Law Judge's decision in this matter should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein. (Doc. No. 25.)

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of August, 2013.